

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-14-2002

# Grayson v. Mayview State Hosp

Precedential or Non-Precedential: Precedential

Docket No. 99-3980

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Grayson v. Mayview State Hosp" (2002). *2002 Decisions.* Paper 360.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/360

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 99-3980
_____

NORMAN GRAYSON,

Appellant

v.

MAYVIEW STATE HOSPITAL; ALLEGHENY COUNTY JAIL; CAMP HILL
PRISON

*United States of America,

Intervenor

*(Pursuant to Court Order dated 4/4/01)
_____


On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 99-479)
District Judge: Honorable Gary L. Lancaster
_____


Argued: April 6, 2001

Before: SCIRICA, AMBRO and GIBSON, Circuit Judges**


(Filed: June 7, 2002)


ORDER  AMENDING  SLIP  OPINION

AMBRO, Circuit Judge

        It is now ordered that the Slip Opinion in the above case filed June 7, 2002,
be amended as follows:

        On Page 6, paragraph 2, line 11, replace the word "Oklahoma" with the
word "Brown", so that the full cite reads: See Bd. Of County Comm'rs of Bryan County v.
Brown, 520 U.S. 397, 404 (1997);

        and,

        On page 14, footnote 16, line 7, delete "S14408-01, *" so that the cite
reads: Lopez, 203 F.3d at 1130 n.11 (citing 141 Cong. Rec. S14414 (1995) (emphasis
added)).

                        By the Court,

                        /s/ Thomas L. Ambro
                        Circuit Judge

Dated:     June 14, 2002